JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TERRENCE HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> MOSQUEDA, <br><br> Defendant. | Case No. 5:21-cv-01741-FWS-DFM <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED and this action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: July 31, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE